We have seen the prosecution of Rachel Klein, who wasn't accepted in college and served for 13 years, but who is, as such, a supporter of court. She's inspired so many of the patients who are associated with or be involved in this conversation. We've seen some coworkers talk to you about this. We've been here since 2008. Almost 100% of our members care about this topic and we've seen a tremendous amount of care and attention that's been put to this topic. And we've never looked at it as a subject of discussion, but as a challenge. We are here to provide a chance for everyone to do so. This is a topic that is partly on the notion of social safety. It's an industry that we can't have. So we are in a desperate position to find ways to keep coming up with solutions. Absolutely. I have a friend in the sheriff's who is in school. And he has a daughter who is a student. I don't know if the sheriff knew you or not, but Rachel Klein is a scholar and a professor at the University of Michigan. And he's been in the city for a few years. This wasn't just for Sarah. It's also for me. I don't know why you would get me to say it. It's true. It's factual. It's true. It's also not. Rather, the point is, we have kids here. We have a scholar. Who are we talking about? Who are we talking about? And the motivation for the fact that we find human beings at the risk of dying with global virus equating our organization. The question becomes, here are the facts. Are there any people who are supposed to manage or disassociate a member of the criminal organization from his environment? Sarah was not a member of the sheriff's in the second year. She was not a member of the sheriff's. To bring to my opinion, to bring to my opinion, to where their cause is associated with them, I saw that she was not a classical, local, social, or social, or nothing like that. I don't think it would be more interesting to imagine one of these social groups in this environment. I don't think so. I don't think so. That's a point that instead of being the cause, it is rather quite a means to change a criminal organization. And we can all learn a little bit, essentially. As being disassociated from the victim, at least you remember that sometimes, how difficult it is when you're chasing a person who is a criminal. I don't think there are any criminal organizations in this, and I'm not going to go down on the table. You are. It's the case that there is. The victim from the environment promised to inform you about it all the time. And so how do you think it is for you to talk positive, and to be able to share your own stories? I think it is a very important part of the work. There is. And I think the best response is to say, I don't know if you're a youth or a victim of some criminal, but I know all of your thoughts and your personal experiences, what can you do about it? And what role does it play? Well, one, the substance use of this place is not much. But also, how does somebody who doesn't know somebody, how do you find an association with somebody who doesn't know somebody? And so what's the process? I think it is a very serious issue. That's why it's important for us to actually take a critical role in this. But you are a youth. You are a victim. You are a victim. You've done this. We need to discuss the substance use of this place more in detail. I think it's a critical part of it. I think it's a critical argument. So I think it's a critical stuff to follow up on. And it's not so hard. We have this stuff. And there's nothing we can't do. We can't keep up with it. We can't build on it.  And you mentioned this. And I'm also wondering if you're used to this kind of work. Well, so those perceptions, it's not as much a perception as the perception from scientists or from people who understand this. What the government doesn't allow is proceeding on paper. And it shows that it should be an association. And I don't think that's a perception. I don't think it's a perception. And that has to do with the government. I mean, the employer requires so many people to want to work. And I recognize that's a challenge. And I appreciate that. But it's a whole thing about faculty. You want to be able to respond for 13 years. And then all of a sudden, so long ago, I'm going to be questioning this. This is something that needs to be weighed and considered. And I think that's kind of our signature. We've got to take that long-term perspective. It's going on. And then all of a sudden, there's this change in policy. And then there's a promise of opportunity. We have a policy change. This is no longer OK. We've got the policy change. I don't need that anymore. It's not going to be important to me. I'm going to have my job. And I think we need to weigh how substantial that comes out. Just a couple of things. One, there was a surge of service, as it's called. But it took a lot of service. And there was pressure from people from all sides of the economy. People who were no longer teachers, who were probably in their 40s or 50s, to come to me and talk to those doctors about the importance  of the city on its own. And the message those people delivered was, we made mistakes. And we were young. And we were young. And we don't want to. And we're telling you that. This is not about what they were doing when they came there. And as I've said before, it's about time. It's time to begin the work. It's time to find an employee. All this is the work. It's time to recognize the importance of service. It's a question of how long before we can move on to doing this. And this is a great show. I recognize that Kish, she is a great person. I've met her. She's a great person. She's a person who has been through the entire education program. She's a teacher. She's a law instructor. She's an employee. She's an analyst. When you don't follow a couple of names, you shouldn't be an employee. You should be just for a small number of times. There's two stages and how you can get to that. The first stage is where you start. So, John said this morning, her son means very well especially to her, and he said, I don't know how there was time necessarily to hear about services before I moved to South Georgia, for example. I realized that there is no way of saying this and your power starts with John. And a police officer, if they weren't there in the beginning, they wouldn't know because they were going to give you a bonus on a work permit. And right at the beginning of that, I had to find a member of social security organization to help us in 2015. I just want to start with John first. That means to me from here, there were a bunch of people, of course, policy schools, children, and in addition to that, there is a type of opportunity class. What I can tell you, if you're serious about this, you should at least sign up. There was no speech and public concern. They didn't get into the money. They didn't want your paper money. Here you do speech and public concern. So, John said it's a decision. We're very similar circumstances. It's going to be called an association for self-employment. And we're going to protect the association. I will say that, first of all, it's about people getting services. It's about people getting benefits. It's about people getting social services. It's not a lot of public concern. Here, the point of this case, that this was a criminal organization, is a lot of immigration, because of social values. The point is, what we have is that sexual offenders don't have as much public concern as they don't have as religiously as they do. And religiously, for instance, for example, gay kids don't have as much public concern. I think we do have the public concern here. And so those concepts of intersexual and intersexual friends really are the subject of the most important book to read first. I can tell you about that by looking at all that. As for the speculations, I will say that the best of the best of the best is talking to a friend that's already had sex and talking to a co-worker that's already had sex. This is obviously the first time this will turn out well. You know, I've had students, lawyers, co-workers, all move out. And I think that in this regard, you can kind of see the correlation both amongst students and co-workers and I think this is probably the most important textbook to read of the book. It's one that you can just kind of capture and recognize because it's called Perceptionism and Perceptionism is very relevant to that. It's a book about wrong beliefs. It's for individuals to recognize that they've lost or some kind of sense of that was good at the beginning of the book going forward. There wasn't any good experience at the beginning just for how this was observed. Hopefully, it'll be good for everyone else who's listening. Okay. Page 5, page 5, page 5, 23, 24, 26, 26, 27, the second issue of Second Course of Tobacco was an issue of public concern and the other is whether the employer was correctly firing based on his expression of interest in tobaccos and in order to prove that his expression was actually properly decerned, we can point out to the fact that a third party holding a public concern in comparison from that interpretation that he himself associates with a known criminal enterprise and that is probably the usage of something of public concern but it's also he is expressing his approval of an association of a known criminal enterprise that his employer which is in the mission of rehabilitating youth offenders has every right to terminate the employment of someone who approves of criminally fired influence and ethical commission of his employer. So, he also can't have a voice he can't be speaking of a matter of public concern as he has defined it yet still argue that his employer's decision to terminate him was unconstitutional. So, I'm going to talk a little bit more about what he did and what he did and what he did and what he did and what he did and what he did and how the case is going to happen. I think the first question the case in the record to show that everyone had a case of substance use alcoholism. The record shows that he had a case of substance  alcoholism in his own family. He had a case of substance use alcoholism in his own family. In terms of bringing multiple gays into court to talk to children about their lives around and his record where he said he told him that he brought in members of a group called the AIDS organizations and all he knows is that he brought them in to show these kids that they could change their lives around. That doesn't automatically equate to a proper job. Many, many drug treatment centers are stopped before it and they are able to tell people who are in treatment, look, I've stopped taking drugs, I've stopped doing this, I have turned my life around. There's no evidence in the records whatsoever that these kids used to have contribution with the bottles as any sort of life lesson for these offenders who used themselves. There's no evidence in the records whatsoever that such kids controlled these offenders. I used to be a member of this health law motorcycle organization but I have seen the error of my ways and have been refused. I was given a tough question on a question that I know doesn't have a question answer but does not have a question answer. I am so sorry to interrupt you but I have one more question to ask you. I am sorry to interrupt you  you but I am sorry to interrupt you but I am I don't think it indicates that all you have is intelligence that I was convicted years ago for sexual abuse um that in and of itself I don't think it indicates that all you have is intelligence that I was convicted years ago for sexual abuse um that I abuse um that I was convicted was convicted years ago but was convicted years ago for sexual abuse but uh I was convicted years    abuse but I was convicted years ago for sex abuse but I was convicted years ago for sexual abuse but I was convicted years ago because I  convicted years ago because I was convicted years ago but I was convicted It was not  to me   convicted    was convicted years ago My family was convicted I was convicted years ago My siblings I was convicted years ago My   convicted     was convicted years ago My siblings  was convicted years ago My family was convicted three years ago My parents was convicted   My mother was convicted three years ago My family was convicted three years ago My mother was convicted three years ago My family was convicted three years ago My mother was convicted three years ago My father was convicted three years ago My mother was convicted three years ago   was convicted three years ago When
judges: Pregerson, Bea, Owens